O

FILED
CLERK, U.S. DISTRICT COURT

FEB 18 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR 95-0345-RSWL |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| AMBROSE GILL, | ) | (18 U.S.C. § 3142(i)) |
| Defendant. | ) | |

I.

A.  On motion (X) (by the Government) / ( ) (by the Court sua sponte) involving:

1. ( )  serious risk defendant will flee;

2. ( )  serious risk defendant will

   a. ( )  obstruct or attempt to obstruct justice;

   b. ( )  threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

3. ( X )  a violation of supervised release or probation.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )   appearance of defendant as required; and/or

B. ( )     safety of any person or the community;

III.

The Court has considered:

A. (X)   the nature and circumstances of the offense;

B. (X)   the weight of evidence against the defendant;

C. (X)   the history and characteristics of the defendant;

D. ( )   the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:

B. ( ) History and characteristics indicate a serious risk that defendant will flee because:

C. ( ) A serious risk exists that defendant will:

    1. ( )   obstruct or attempt to obstruct justice;

    2. ( )   threaten, injure or intimidate a witness/ juror; because:

D. (X)   Defendant has not established by clear and convincing evidence to the contrary that he does not pose a risk of flight or danger to the community as provided in 18 U.S.C. § 3143 (a).

IT IS ORDERED that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated:  February 18, 2010

_____
Marc L. Goldman
U.S. Magistrate Judge

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))